

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00267-CV

IN RE KELLY MEDIA GROUP, INC.                                              RELATORS
AND JASON CARDIFF

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

This court's stay order issued July 3, 2012, is hereby lifted.

PER CURIAM

PANEL: GABRIEL, WALKER, and MEIER, JJ.

DELIVERED: July 20, 2012

---

[1]See Tex. R. App. P. 47.4, 52.8(d).